UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALLA FARMS, LLC, | Case No. 1:23-cv-00277-JLT-CDB |
| Plaintiff, | ORDER GRANTING APPLICATION OF ASHLEY HINTON TO PRACTICE *PRO HAC VICE* |
| v. | |
| GEMINI INSURANCE COMPANY, | (Doc. 16) |
| Defendant. | |

The Court has considered the application of Ashley Hinton, attorney for Defendant Gemini Insurance Company, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2). (Doc. 16). In light of the application and for good cause appearing, the application for admission to practice *pro hac vice* is HEREBY GRANTED.

The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: __January 9, 2024__

_____
UNITED STATES MAGISTRATE JUDGE