UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALLA FARMS, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>GEMINI INSURANCE COMPANY,<br><br>    Defendant. | Case No. 1:23-cv-00277-JLT-CDB<br><br>ORDER GRANTING APPLICATION OF DAVID C. BUTMAN TO PRACTICE *PRO HAC VICE*<br><br>(Doc. 22) |

The Court has considered the application of David C. Butman, attorney for Defendant Gemini Insurance Company, for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2). (Doc. 22). In light of the application and for good cause appearing, the application for admission to practice *pro hac vice* is HEREBY GRANTED.

The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **January 31, 2024**                          _____
                                                                          UNITED STATES MAGISTRATE JUDGE