UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALLA FARMS, LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>GEMINI INSURANCE COMPANY,<br><br>            Defendant. | Case No. 1:23-cv-00277-JLT-CDB<br><br>ORDER ON STIPULATION AMENDING SCHEDULING ORDER<br><br>(Doc. 26) |

      Pending before the Court is the parties' stipulated request to amend the scheduling order. (Doc. 26). Therein, the parties represent they have been conducting discovery diligently but disagree on the scope of permissible discovery. *Id*. at 2. After meeting and conferring, the parties agree that by submitting cross motions for summary judgment regarding the scope of applicable insurance coverage available, the parties will be able to materially limit or dispose of their disputes in this action. *Id*. The parties also represent that the Court's ruling on their cross motions for summary judgment will resolve their ongoing disputes regarding the scope of permissible discovery. *Id*.

      The parties aver that they require no additional discovery to bring their respective Rule 56 motions and seek to "defer" remaining discovery until disposition of the anticipated summary judgment motions. *Id.* The parties further propose a briefing schedule for their upcoming cross motions for summary judgment. Finally, because the parties have consented to the assigned magistrate judge ruling on the anticipated summary judgment motions (*Id.*), on February 8, 2024, the motions were assigned to the undersigned for direct disposition. (Doc. 28).

For good cause shown as summarized above, the parties' request is **GRANTED AS MODIFIED**:

1. The parties shall file their respective motions for summary judgment by no later than **March 11, 2024**.
2. Any opposition to the motions for summary judgment shall be filed by no later than **April 1, 2024**.
3. Reply briefs, if any, shall be filed by no later than **April 16, 2024**.
4. The pending discovery deadlines set forth in the scheduling order (Doc. 12) are **VACATED**. Within **14 days** after the Court's resolution of the anticipated cross motions for summary judgment; the parties are directed to meet and confer and file a joint report proposing new case management dates for any remaining non-expert discovery; expert disclosures; supplemental expert disclosures; expert discovery; and non-dispositive and dispositive motions.

IT IS SO ORDERED.

Dated:   **February 8, 2024**

UNITED STATES MAGISTRATE JUDGE