R. Rex Parris, Esq. (SBN 96567)
rrex@parris.com
Daniel Eli, Esq. (SBN 192019)
deli@parris.com
Patricia Oliver, Esq. (SBN 193423)
poliver@parris.com
PARRIS LAW FIRM
43364 10th Street West
Lancaster, California 93534
Telephone: (661) 949-2595
Facsimile: (661) 949-7524

Attorneys for Plaintiff
PALLA FARMS, LLC

Alexander E. Potente, Esq. (SBN 208240)
alex.potente@clydeco.us
David C. Butman, Esq. (*pro hac vice*)
david.butman@clydeco.us
Ashley Hinton, Esq. (*pro hac vice*)
ashley.hinton@clydeco.us
CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, California 94111
Telephone: (415) 365-9800
Facsimile: (415) 365-9801

Attorneys for Defendant
GEMINI INSURANCE COMPANY

CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, California 94111
Telephone: (415) 365-9800

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| PALLA FARMS, LLC, | ) Case No.: 1:23-cv-00277-JLT-CDB |
| | ) |
| Plaintiff, | ) **PALLA AND GEMINI'S JOINT** |
| | ) **STATEMENT OF UNDISPUTED FACTS** |
| v. | ) |
| | ) [*Filed Concurrently with Gemini and Palla's* |
| GEMINI INSURANCE COMPANY; and | ) *Cross-Motions for Summary Judgment*] |
| DOES 1-50, inclusive, | ) |
| | ) Hearing Date:    May 23, 2024, 10:30 a.m. |
| Defendants. | ) |
| | ) Judge:    Magistrate Judge Christopher Baker |
| | ) |

Pursuant to Eastern District Local Rule 260 and the case Scheduling Order (Rec. Doc. 12), plaintiff Palla Farms, LLC ("Palla") and defendant Gemini Insurance Company ("Gemini") jointly submit the following joint statement of undisputed facts, together with references to supporting evidence, in support of Palla's Motion for Summary Judgment and Gemini's Motion for Summary

Judgment.  Supporting evidence is attached as Exhibit **A** – **CC.**

The Parties hereby stipulate that, for purposes of filing cross-motions for summary judgment/adjudication, the following facts are true and undisputed and the attached documents are authentic.  The parties reserve their rights to object to the admissibility of any facts/documents as not being relevant to the subject matter of the motions.

### JOINT STATEMENT OF UNDISPUTED FACTS

| | Undisputed Fact | Supporting Evidence/ Exhibit |
|---|---|---|
| **1.** | Gemini issued the following primary energy commercial general liability insurance policies to named insured Dole Enterprises, Inc. ("Dole" or the "Insured") for consecutive periods from September 17, 2011 to September 17, 2015 ("Gemini Primary Policies"): <br><br> <table><tr><th>Policy Year</th><th>Policy Number</th><th>Limits</th></tr><tr><td>Sept. 17, 2011 to Sept. 17, 2012</td><td>JGD2700210</td><td>$1 mil/occurrence $2 mil/aggregate</td></tr><tr><td>Sept. 17, 2012 to Sept. 17, 2013</td><td>JGD2700500</td><td>$1 mil/occurrence $2 mil/aggregate</td></tr><tr><td>Sept. 17, 2013 to Sept. 17, 2014</td><td>JGD2700807</td><td>$1 mil/occurrence $2 mil/aggregate</td></tr><tr><td>Sept. 17, 2014 to Sept. 17, 2015</td><td>JGD2701109</td><td>$1 mil/occurrence $2 mil/aggregate</td></tr></table> | Exhibits **A**, **B**, **C** and **D** and true and correct copies of the Gemini Primary Policies. |
| **2.** | Gemini issued the following energy commercial umbrella liability insurance policies to Dole for consecutive periods from April 11, 2012 to September 17, 2015 ("Gemini Umbrella Policies"): <br><br> <table><tr><th>Policy Year</th><th>Policy Number</th><th>Limits</th></tr><tr><td>Apr. 11, 2012 to Sept. 17, 2012</td><td>JUD2700255</td><td>$1 mil/occurrence $1 mil/aggregate</td></tr><tr><td>Sept. 17, 2012 to Sept. 17, 2013</td><td>JUD2700347</td><td>$2 mil/occurrence $2 mil/aggregate</td></tr><tr><td>Sept. 17, 2013 to Sept. 17, 2014</td><td>JUD2700562</td><td>$1 mil/occurrence $1 mil/aggregate</td></tr><tr><td>Sept. 17, 2014 to Sept. 17, 2015</td><td>JUD2700785</td><td>$1 mil/occurrence $1 mil/aggregate</td></tr></table> | Exhibits **E**, **F**, **G** and **H** are true and correct copies of the Gemini Umbrella Policies. |

PALLA AND GEMINI'S JOINT STATEMENT OF UNDISPUTED FACTS

CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, California 94111
Telephone: (415) 365-9800

CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, California 94111
Telephone: (415) 365-9800

| 3. | On September 15, 2014, Palla Farms, LLC ("Palla") filed suit against Dole and others titled *Palla Farms LLC v. Crimson Resource Management Corp., et al.*, Superior Court for the County of Kern, State of California, Case No. S-1500-CV-283013-LHB (the "Underlying Lawsuit" or "Underlying Action"). | Exhibit **I** is a true and correct copy of the complaint Palla filed in the Underlying Action. |
|---|---|---|
| 4. | The First Notice of Loss was provided on or about September 17, 2014. | Exhibit **J** is a true and correct copy of the First Notice of Loss. |
| 5. | Gemini responded to the First Notice of Loss by letter on or about December 23, 2014, to Dole. | Exhibit **K** is a true and correct copy of the December 23, 2014, letter. |
| 6. | Chubb, which insured Dole, agreed to provide Dole with a defense to the Underlying Action and retained counsel to represent Dole's interests in the litigation. | |
| 7. | On April 17, 2015, Palla filed a First Amended Complaint (the "First Amended Complaint") in the Underlying Lawsuit. | Exhibit **L** is a true and correct copy of the First Amended Complaint filed in the Underlying Action. |
| 8. | On June 15, 2018, Palla's counsel sent Gemini a letter. | Exhibit **M** is a true and correct copy of the June 15, 2018, letter. |
| 9. | On July 26, 2018, Gemini sent a letter to Palla's counsel. | Exhibit **N** is a true and correct copy of the July 26, 2018, letter. |
| 10. | On October 29, 2018, Palla's counsel sent Gemini a letter. | Exhibit **O** is a true and correct copy of the October 29, 2018, letter. |
| 11. | On November 13, 2018, counsel for Dole's other insurer, Chubb, sent Gemini a letter. | Exhibit **P** is a true and correct copy of the November 13, 2018, letter. |
| 12. | On August 14, 2020, Palla's counsel sent Gemini a letter. | Exhibit **Q** is a true and correct copy of the August 14, 2020, letter. |

Case No. 1:23-cv-00277-JLT-CDB

PALLA AND GEMINI'S JOINT STATEMENT OF UNDISPUTED FACTS

CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, California 94111
Telephone: (415) 365-9800

| 13. | On August 24, 2020, Gemini sent Palla's counsel a letter in response to the August 14, 2020, letter. | Exhibit **R** is a true and correct copy of August 24, 2020, letter. |
|---|---|---|
| 14. | On October 13, 2021, Palla filed a Second Amended Complaint (the "Second Amended Complaint) in the Underlying Lawsuit. | Exhibit **S** is a true and correct copy of the Second Amended Complaint. |
| 15. | Dole sent Gemini a letter enclosing the Second Amended Complaint on November 5, 2021. | Exhibit **T** is a true and correct copy of the November 5, 2021, letter. |
| 16. | Dole did not file a responsive pleading to the Second Amended Complaint. | |
| 17. | On December 14, 2021, Palla filed a request for entry of default in the Underlying Lawsuit, and an amended request on December 16, 2021. | Exhibit **U** and Exhibit **V** are true and correct copies of the request for entry of defaults. |
| 18. | On December 16, 2021, the court in the Underlying Lawsuit entered Dole's amended default. | Exhibit **W** is a true and correct copy of the entered amended default. |
| 19. | On December 22, 2021, Dole sent Gemini a copy of the request for entry of default via email. | Exhibit **X** is a true and correct copy of the December 22, 2021 email. |
| 20. | Gemini's counsel sent Dole a letter on January 7, 2022. | Exhibit **Y** is a true and correct copy of the January 7, 2022, letter. |
| 21. | On September 20, 2022, the trial court in the Underlying Action entered a default judgment against Dole awarding Palla $3,438,808.04 in damages. With interests, costs and attorneys' fees Palla was awarded a total judgment of $5,998,476.44 which judgment is accruing interest at the rate of $1,394.44/day (the "Default Judgment"). | Exhibit **Z** is a true and correct copy of the Default Judgment. |
| 22. | On September 30, 2022, Palla's counsel served a notice of entry of judgment with a copy of the Default Judgment on Gemini. | Exhibit **AA** is a true and correct copy of the notice of entry and Default Judgment. |

Case No. 1:23-cv-00277-JLT-CDB

PALLA AND GEMINI'S JOINT STATEMENT OF UNDISPUTED FACTS

| 23. | Gemini maintained claim notes in connection with its handling of the *Palla Farms LLC v. Crimson Resource Management Corp., et al.*, matter. These claim notes were made contemporaneously with the events which are documented therein, by persons with knowledge and were maintained by Gemini in the regular course of its business dealings. Gemini regularly maintains such claim notes in the regular course of its business as an insurer. | Exhibits **BB** and **CC** are true and correct copies of the claim notes. |
|---|---|---|

Dated:  March 11, 2024                              CLYDE & CO US LLP


By:  */s/  Alexander E. Potente*
     Alexander E. Potente, Esq.
     David C. Butman, Esq. (*pro hac vice*)
     Ashley Hinton, Esq. (*pro hac vice*)
     Attorneys for Defendant
     GEMINI INSURANCE COMPANY


Dated:  March 11, 2024                              PARRIS LAW FIRM


By:  */s/  Daniel Eli*
     R. Rex Parris, Esq.
     Daniel Eli, Esq.
     Patricia Oliver, Esq.
     Attorneys for Plaintiff
     PALLA FARMS, LLC

CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, California 94111
Telephone: (415) 365-9800

PALLA AND GEMINI'S JOINT STATEMENT OF UNDISPUTED FACTS